UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDSAY AMOS,<br><br>                    Plaintiff,<br><br>     v.<br><br>KALAMA SCHOOL DISTRICT et al.,<br><br>                    Defendant. | CASE NO. 3:24-cv-05335-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Motion for Entry of a Stipulated Protective Order (Dkt. No. 18) is DENIED without prejudice.  The Court has not received a word version of the proposed order to sign via email, per LCR 7(b), despite the motion indicating that such an email was forthcoming.  (*Id.* at 1.)  The parties may resubmit their stipulated protective order and are directed to send both a redline of the model protective order and clean version for signature via email to Chambers.

Dated this 11th day of October, 2024.

MINUTE ORDER - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.